

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Charles Duncan McMillan d/b/a Anthony Sign Company, Appellant<br><br>No. 06-18-00040-CV      v.<br><br>Kelly Shane Hearne, Appellee | Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 85944). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating. |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect an award of past damages in the amount of $97,296.50. As modified, the judgment of the trial court is affirmed.

We further order that the appellant, Charles Duncan McMillan d/b/a Anthony Sign Company, pay all costs of this appeal.

RENDERED JULY 22, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk